IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 20-386 |
| **JON FREY,**<br>    a/k/a "victorbravo9922" | : | |

### PROTECTIVE ORDER

And now, this  19th   day of November, 2020, upon consideration of the government's motion for a protective order, it is ORDERED AND DECREED that the motion is GRANTED.

IT IS FURTHER ORDERED AND DECREED that materials containing information referencing the identities of associates and family members of the minor children, and the minor children's relationships with these individuals:

(1) will not be copied, photographed, duplicated, or otherwise reproduced except in a manner that does not reveal the identity of the minor(s);

(2) will remain in the exclusive custody of the defense counsel, their employees or agents, including expert witnesses, who shall be provided a copy of the protective order;

(3) will not be provided to defendant, except that defendant's counsel may take materials to defendant and show them to defendant;

(4) that defendant, defendant's counsel or any agent thereof, be prohibited from disseminating any of these materials or disclosing any information contained therein to anyone other than this Court and the parties to this case;

(5)     that upon termination of representation or upon disposition of the matter at the trial court level, attorneys and other custodians of recordings promptly return all copies of the recording.

                                        /s/ Gerald Austin McHugh
                                **HONORABLE GERALD A. MCHUGH**
                                *Judge, United States District Court*

IT IS SO ORDERED.