# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 20-386 |
| | : | |
| **JON FREY** | : | |
| | : | |

## ORDER

This 4th day of February, 2021, upon consideration of Defendant's Motion for a Continuance (ECF Document No. 29), the Court finding that this action cannot proceed to trial because failure to grant a continuance would deny the defendant reasonable time necessary for adequate and effective preparation, and would likely make an orderly and fair proceeding impossible or result in a miscarriage of justice, and further finding that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, it is **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** as follows:

1. The case is scheduled for trial on **August 9, 2021** at **9:30 a.m.**, in a courtroom to be determined, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. If any party has not complied with the Court's previous Order concerning discovery or other disclosure required by the Rules of Criminal Procedure, they shall communicate with the Court in writing within ten days explaining such noncompliance.

3. No later than **April 23, 2021,** the defendant shall file all pretrial motions and the Government shall respond no later than **April 30, 2021**.

4. No later than **May 17, 2021**, the parties shall file motions in limine. All responses to motions in limine shall be filed no later than **May 24, 2021**.

5. No later than **June 15, 2021**, the parties shall file proposed voir dire questions, jury instructions and verdict slip with the Clerk. If a model jury instruction is submitted, the parties shall state the source of the model instruction and whether it is unchanged or modified. If a party modifies a model jury instruction, the modification shall be underlined and deletions shall be placed in brackets.

6. The government shall file a trial memorandum with its submissions pursuant to paragraph five of this Order.

7. In the event a party intends to call an expert witness at trial, the party shall deliver to the opposing party the expert's curriculum vitae and the expert report at least twenty (20) days before trial and simultaneously provide copies to the Court.

8. A hearing on all motions in limine, motions to suppress, motions pursuant to F.R.E. 901, or any Daubert motions, will be held on **July 21, 2021**, at **10:00 a.m.**, in a courtroom to be determined, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

9. Any motion for continuance of the trial must be filed no later than fourteen (14) days prior to the trial date. Absent exceptional circumstances, no application for a continuance filed after this time will be entertained.

/s/ Gerald Austin McHugh  
Gerald Austin McHugh  
United States District Judge