IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
|  | : | Notice: 2/23/2021 |
| v. | : |  |
|  | : |  |
| JON FREY | : | Criminal No. 20-386 |
| 480 Springfield Drive, | | |
| Southampton, PA 18933 | | |

**Notice**

**TAKE NOTICE** that the above-entitled case has been set for a **jury trial** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Monday, August 9, 2021 at 9:30 a.m.** before the Honorable Gerald A. McHugh, in **a courtroom to be determined.**

**THE DEFENDANT IS DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF THE DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If the defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

NO INTERPRETER REQUIRED

Very truly yours,

/s/ Christian J. Henry
Deputy Clerk to Judge McHugh
267-299-7307

Notice to:
Defendant
G. Pagano, Defense Counsel
J. Kang, AUSA
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)