IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | No. 2:20-cr-00386-GAM |
| | : | |
| | : | |
| JON FREY | : | |

**DEFENDANT'S STIPULATED ORDER TO MODIFY CONDITIONS OF RELEASE**

AND NOW, this 5th day of April, 2021, Defendant Jon Frey's Conditions of Release are modified as follows; Defendant is permitted to attend Sunday Mass St. Mary's Church at 140 W. Hector Street, Conshohocken, PA 19428, at 10:30 am with his family and with his third party custodian, Regina Frey. The third party custodian must be present when the Defendant attends Sunday Mass.

All other conditions of bail remain the same.

BY THE COURT:

/s/ Gerald Austin McHugh

J.