**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION No. 20-386 |
| v. | : | CIVIL ACTION No. 22-4490 |
| | : | |
| JON FREY | : | |

### ORDER

This 14th day of August, 2023, it is hereby **ORDERED** as follows:

1) Petitioner's Revised Motion for Relief pursuant to § 2255, ECF 68, is **DENIED** for the reasons set forth in the accompanying Memorandum.

2) Petitioner's initial Motion for Relief pursuant to § 2255, ECF 67, is **DENIED** as **moot.**

3) Petitioner's Motion for a forensic psychiatric exam, ECF 88, is **DENIED** for the reasons set forth in the accompanying Memorandum.

4) Petitioner's Motion to Preserve Evidence, ECF 89, is **DENIED** for the reasons set forth in the accompanying Memorandum.

5) Petitioner's Motion to Seal Court's Bail Memorandum, ECF 91, is **GRANTED in part.** The Clerk is directed to seal the memo on the docket of the Court. Petitioner may pursue its removal from online data bases by citation to this Order.

There is no basis on which to issue a certificate of appealability.

/s/ Gerald Austin McHugh
United States District Judge