**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION** |
| | : | **No. 20-0386** |
| **JON FREY** | : | |
| | : | |

## <u>ORDER</u>

This 23rd day of February, 2026, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Petition for Compassionate Release, ECF 111, is **DENIED.**

　　　　　　　　　　　　　　　　　　　　 /s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　United States District Judge